# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 28, 2012

143995 & (37)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant/
      Cross-Appellee,

v

MICHAEL EARL MCCLOUD, JR.,
      Defendant-Appellee/
      Cross-Appellant.

_____/

SC: 143995
COA: 298504
St. Joseph CC: 09-015865-FC

On order of the Court, the application for leave to appeal the September 8, 2011 judgment of the Court of Appeals and the application for leave to appeal as cross-appellant are considered, and they are DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 28, 2012

_____
Clerk

y0321